UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT CHAPMAN,**

    **Plaintiff,**

v.                                     Case No.  8:04-CV-2381-T-17EAJ

**JO ANNE B. BARNHART,**
**Commissioner of Social Security**

    **Defendant.**

_____

**REPORT AND RECOMMENDATION**

Plaintiff's Complaint was filed on October 29, 2004.  The court issued an order to show cause on April 4, 2005 (Dkt. 5) due to plaintiff's failure to serve defendant within 120 days pursuant to Rule 4(m) of the Fed.R.Civ.P.  Also, on October 29, 2004, the plaintiff filed a motion to proceed in forma pauperis (Dkt. 2).  The court denied his motion on November 8, 2004 (Dkt. 4).  The file does not reflect payment of the filing fee and Plaintiff is capable of paying that fee according to his affidavit of indigency (Dkt. 2).  Therefore, I recommend that this case should be dismissed for failure to prosecute and for failure to pay the filing fee.

DONE AND ORDERED this __18th__ day of April, 2005.

ELIZABETH A JENKINS
United States Magistrate Judge

**NOTICE**

Failure to file written objections to the Report and Recommendation within ten (10) days from the date of its service shall bar an a aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. Sec. 636(b)(1)(B), Rule 6.02, M.D.Fla. (Rev. 7/29/92)