UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT CHAPMAN,

    Plaintiff(s),

v.                              CASE NO.  8:04-CV-2381-T-17EAJ

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant(s).

_____/

ORDER

This cause is before the Court on the petition of Robert Chapman for review of the order denying disability benefits and SSI benefits (Dkt. 1), and the Report and Recommendation (Dkt. 7) of the assigned Magistrate Judge.

The Court has independently examined the pleadings, and notes that no objection to the Report and Recommendation has been filed.  The Court adopts and incorporates the Report and Recommendation herein.  Accordingly, it is

**ORDERED** that this case is **dismissed** for failure to prosecute and failure to pay the filing fee.  The Clerk of Court shall close this case.

Case No. 8:04-CV-2381-T-17EAJ

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 3rd day of May, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record